██ CYNTHIA P. GARNS, Respondent, v CBS, INC., et al., Appellants. [773 NYS2d 327]—Appeal from an order of the Supreme

Court, Monroe County (Thomas A. Stander, J.), entered June 25, 2003. The order, insofar as appealed from, determined the obligations of the parties under part of a settlement agreement.

It is hereby ordered that the order so appealed from be and the same hereby is unanimously affirmed with costs for reasons stated in decision at Supreme Court. Present—Pine, J.P., Wisner, Kehoe, Gorski and Hayes, JJ.